**Date of Arrest: 11/14**

# United States District Court

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,

V.

Alberto BONIFASIO-Galvez
Citizen of Mexico
YOB:1991
209811067
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 17-1908MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about October 26, 2017, Defendant Alberto BONIFASIO-Galvez, an alien, was removed from the United States to Mexico through the port of Nogales, Arizona Truck Gate, in pursuance of law, and thereafter on or about November 14, 2017, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States: in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about November 14, 2017, near San Luis, Arizona in the District of Arizona, Defendant Alberto BONIFASIO-Galvez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.   ☒ Yes   ☐ No

Reviewed by AUSA John Ballos
for SHuser

Signature of Complainant

Brian Ramos
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

November 16, 2017     at     Yuma, Arizona
Date                                City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                        Alberto BONIFASIO-Galvez

Dependants:                       FOUR MEXICAN CITIZENS.

**IMMIGRATION HISTORY:**       The Defendant is an illegal alien.  The Defendant has been
                               apprehended by the United States Border Patrol on one (1)
                               previous occasion(s).  The Defendant has been removed a
                               total of one (1) times.  The Defendant was last removed
                               through Nogales, Arizona Truck Gate on October 26, 2017.

### CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|------|----------|---------|-------------|
| 10/26/2017 | Nogales, Arizona Truck Gate | | Removed from the US ( ER ) ( USBP ) |

Narrative:        The Defendant, a citizen of Mexico and illegally within the United States, was
                  encountered by Border Patrol agents near San Luis, Arizona.

                  The Defendant was questioned as to his citizenship and immigration status. From that
                  questioning agents determined that the Defendant is an undocumented national of
                  Mexico and illegally in the United States.

                  The Defendant was transported to the Border Patrol station for processing.  During
                  processing, questioning and computer record checks the above criminal and
                  immigration information was obtained as it relates to this Defendant.

                  The Defendant was first ordered removed at or near Douglas, Arizona on or about
                  October 26, 2017.

                  The Defendant last entered the United States illegally without inspection near San
                  Luis, Arizona on November 14, 2017.

Charges:        8 USC 1326(a)            (Felony)
                8 USC 1325(a)(1)         (Misdemeanor)

                                                                 _____
                                                                 Signature of Complainant

Sworn to before me and subscribed in my presence,

_____
      November 16, 2017
Date                                                             _____
                                                                 Signature of Judicial Officer